# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER KNOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-508-WDS |
| | ) |
| **MARVIN POWERS,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

On September 15, 2009, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 7). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

DATED: October 7, 2008.

                                                        **s/ WILLIAM D. STIEHL**
                                                            **DISTRICT JUDGE**