## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CHRISTOPHER KNOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO. 07-cv-508-WDS** |
| | ) | |
| **MARVIN POWERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## **JUDGMENT**

On Plaintiff's motion, **IT IS ORDERED** that this action is voluntarily dismissed without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
|   October 7, 2008 | By: |     **s/ WILLIAM D. STIEHL** |
| *Date* | | *District Judge* |